In the Matter of CARMINE D. ARDOLINO, Respondent, against LAWRENCE G. WHITE et al., Constituting the Zoning Board of Appeals of the Village of Head-of-the-Harbor, Suffolk County, Appellants.—

Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ., concur.